UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUMNA ABDULHADI,<br><br>                     Plaintiff,<br><br>v.<br><br>HUSSEIN ABDULHADI;<br>JUDGE LEONARD TRINH;<br>D.A. STEPHAN SUMMER;<br>HARTMAN COLE, DMV;<br>MAHMOOD AL GHANIMI,<br>Coronado Police; UCSD ED;<br>and UCSD BHU,<br><br>                     Defendants. | Case No.: 23-CV-975 JLS (WVG)<br><br>**ORDER: (1) GRANTING REQUEST TO DISMISS CASE; (2) DENYING AS MOOT MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*; AND (3) DIRECTING THE CLERK OF THE COURT TO CLOSE THE FILE**<br><br>(ECF Nos. 2 & 3) |

Presently before the Court is Plaintiff Youmna Abdulhadi's Request to Dismiss Case ("Req.," ECF No. 3). Good cause appearing, the Court **GRANTS** the Request, **DENIES AS MOOT** the Motion for Leave to Proceed *in Forma Pauperis* (ECF No. 2), and, as this concludes the litigation in this matter, **DIRECTS** the Clerk of the Court to close the file.

**IT IS SO ORDERED.**

Dated: June 8, 2023

                                                                 */s/ Janis L. Sammartino*<br>                                                                 Hon. Janis L. Sammartino<br>                                                                 United States District Judge